**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CYNTHIA L. POLLICK,

                Petitioner

        v.

ANTHONY P. TROZZOLILLO,

                Respondent

:  No. 514 MAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.